UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEOVANNY RENDON, *et al.*,
                     Plaintiffs,

-v-

FIFTYONE MERCHANT LLC, *et al.*,
                     Defendants.

22-CV-1305 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The order of reference to the designated magistrate judge for General Pretrial is hereby withdrawn.

    SO ORDERED.

Dated: April 13, 2022
         New York, New York

_____
J. PAUL OETKEN
United States District Judge